| Case | Number | Status | Date | Publication |
|---|---|---|---|---|
| Aikins v. Werholtz | 108,619 | Denied | 11/22/13 | Unpublished |
| Amador v. National Beef Packing Co. | 107,315 | Denied | 10/17/13 | Unpublished |
| Andra v. Peebler Rev. Trust | 106,432 | Denied | 10/17/13 | Unpublished |
| Becker v. Knoll | 105,643 | Granted | 10/17/13 | Unpublished |
| Bell v. State | 107,469 | Denied | 11/22/13 | Unpublished |
| BMO Harris Bank v. Dunn | 108,647 | Denied | 02/18/14 | Unpublished |
| Boydston v. Schnurr | 108,829 | Denied | 10/28/13 | Unpublished |
| Building Constr. Enterprises v. Public Bldg. Comm'n of Johnson County | 107,534 | Denied | 10/17/13 | Unpublished |
| Burch v. Lynch | 108,798 | Denied | 11/20/13 | Unpublished |
| Chism v. Protective Life Ins. Co. | 106,717 | Denied | 02/18/14 | Unpublished |
| City of Ensign v. Hartnett | 108,536 | Denied | 11/22/13 | Unpublished |
| City of Overland Park v. Brooks | 108,961 | Denied | 02/12/14 | Unpublished |
| City of Wichita v. Kinney | 107,638 | Denied | 10/29/13 | Unpublished |
| Colbert v. State | 107,844 | Denied | 10/28/13 | Unpublished |
| Combs v. Devon Energy Production Company | 108,624 | Denied | 12/27/13 | Unpublished |
| Commerce Bank and Trust v. Myers | 108,057 | Denied | 11/04/13 | Unpublished |
| Copp v. State | 107,192 | Denied | 10/01/13 | Unpublished |
| CoreFirst Bank & Trust v. Herrman | 106,708 | Denied | 10/01/13 | Unpublished |
| Coulter v. Roberts | 109,281 | Denied | 10/30/13 | Unpublished |
| D. Lightner Farms v. Lightner | 106,854 | Denied | 01/07/14 | Unpublished |
| Davila v. BNSF Railway Co. | 107,533 | Denied | 12/27/13 | Unpublished |
| Didde v. City of Chapman | 106,090 | Denied | 10/17/13 | Unpublished |
| Dixon v. Klenda, Mitchell, Austerman & Zuercher, L.L.C. | 108,559 | Denied | 11/04/13 | Unpublished |
| Dumler v. Kansas Dept. of Revenue | 106,748 | Granted | 02/18/14 | Unpublished |
| Elnicki v. State | 107,933 | Denied | 10/28/13 | Unpublished |
| Enterprise Bank & Trust v. Barney Ashner Homes | 106,588 106,882 106,883 | Denied | 10/28/13 | Unpublished |
| Fawcett v. Oil Producers, Inc. of Kansas | 108,666 | Granted | 12/27/13 | 49 Kan. App. 2d 194 |
| Fields v. State | 107,488 | Denied | 11/22/13 | Unpublished |
| Gard v. Kansas Health Care Stabilization Fund | 108,423 | Denied | 12/27/13 | Unpublished |
| George v. State | 108,060 | Denied | 10/01/13 | Unpublished |
| Green v. State | 106,445 | Denied | 12/06/13 | Unpublished |